IN THE DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIFFANY JOHNSON, et al., | * |
| Plaintiffs, | * |
| V. | * Case No 1:21-CV-00387-APM |
| HERO VISIOHN OF DC, PLLC | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \*

**MOTION TO REMAND AND/OR
OBJECTION TO NOTICE OF REMOVAL**

COMES NOW the Plaintiffs, Tiffany Johnson and Gina Taylor, (collectively, referred hereinafter to as the "Plaintiffs") by counsel and brings their Motion to Remand and Objection to Notice of Removal. A statement of points and authorities' in support of the motion is filed contemporaneously herewith.

WHEREFORE, Plaintiffs, Tiffany Johnson and Gina Taylor respectfully request that this Court accept their Amended Complaint as a matter of course and decline to assume supplemental jurisdiction over this case and the remaining counts sounding in District of Columbia law and any further relief that it deems appropriate.

ORAL HEARING REQUESTED

Plaintiffs respectfully request a remote hearing on this motion.

DATE: February 25, 2021

Respectfully submitted,
TIFFANY JOHNSON
GINA TAYLOR
By Counsel:_____/s/_____
.      Clarence Angelo Connelly Jr.
LAW OFFICES OF CLARENCE A. CONNELLY
3017 15th Street, NE
Washington, DC 20017
Email: clarencecnnlly@yahoo.com
Phone: (202) 445-3831
Counsel for Plaintiffs

And

C. Lowell Crews, Attorney at Law, PLLC
2776 S. Arlington Mill Drive, Suite 186
Arlington, Virginia 22206
Tel (703) 585-9008; Fax (703) 997-8735
Email: legal@attorneycarlcrews.com

And

_____/s/_____
Stacy Stafford, Esquire (DC Bar ID. 982502)
PO BOX 92822
Washington DC 20090-2822
Tel. (202) 957-4750
Email: slstaffordesq@gmail.com
Counsel for Plaintiffs

CERTFICATE OF SERVICE

    I HEREBY certify that on February 25, 2021 of plaintiffs OBJECTION TO NOTICE OF REMOVAL was sent via email to Mariam W. Tadros, Esquire mtadros@reesbroome.com

_____/s/_____
Counsel to Defendant
